**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David Louis McPHERSON,**
**Defendant–Appellant.**

**No. 02–7612.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 24, 2003.

David Louis McPherson, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

David Louis McPherson seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that McPherson has not made a substantial showing of the denial of a constitutional right. *See United States v. McPherson,* Nos. CR–00–81–H; CA–02–58–H (E.D.N.C. July 19, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*